IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

REYNOLDS METALS COMPANY, et al.,

                Plaintiffs,

    v.                              Civil Action Number 3:02CV670-JRS

UNITED STATES OF AMERICA,

                Defendant.

## ORDER

THIS MATTER comes before the Court on the Parties' Cross Motions for Partial Summary Judgment. Upon due consideration, and for the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' Motion is hereby DENIED and Defendant's Motion is GRANTED.

Let the Clerk send a copy of this Order along with the Memorandum Opinion to all counsel of record.

It is SO ORDERED.

ENTERED this  22nd  day of AUGUST, 2005

                                              /s/ James R. Spencer

                                              JAMES R. SPENCER
                                              UNITED STATES DISTRICT JUDGE